# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Suhel Aesa, | No. cv-08-2064-PHX-ROS |
| Petitioner, | **ORDER** |
| vs. | |
| Katrina Kane, | |
| Respondent. | |

Before the Court is Petitioner's Petition for Writ of Habeas Corpus (Doc. 1). There being no objections to the Report and Recommendation of the Magistrate Judge (Doc. 14),

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge.

**FURTHERED ORDERED** dismissing the Petition for Writ of Habeas Corpus.

DATED this 24th day of July, 2009.

_____
Roslyn O. Silver
United States District Judge